IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TEENA DEJESUS**  PLAINTIFF

VS.  No. 4:21-cv-00358 DPM/PSH

**ANDREW M. SAUL,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**[1]  DEFENDANT

**ORDER**

The application to proceed *in forma pauperis* is granted. (Docket entry no. 1). The applicant may proceed without prepayment of fees and costs or the necessity of giving security therefor.

IT IS SO ORDERED this 6th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk is directed to show the defendant to be Andrew M. Saul, Commissioner of Social Security Administration.