IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TEENA DEJESUS**                                                  **PLAINTIFF**

VS.                 No. 4:21-cv-00358 DPM/ PSH

**KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION**                     **DEFENDANT**

### ORDER

On May 17, 2022, Tiffany Bristow ("Bristow"), the daughter of the deceased plaintiff. Teena Dejesus, filed a second motion to be substituted as the plaintiff in this case. *See* Doc. No. 17.

This motion is governed by Fed.R.Civ.P. 25(a)(1), which provides for substitution of the proper party if a party dies and the claim is not extinguished. In this instance, a death certificate filed with the Court evidences the death of Teena Dejesus. Doc. No. 18. In addition, Bristow and her brother, Joseph Sanders, have submitted declarations in support of the motion. *See* Doc. Nos. 17-1 and 17-2. Bristow's declaration establishes that she and Sanders are the children and only surviving heirs of Dejesus. Doc. No. 17-2. Sanders' declaration gives full consent to Bristow being substituted as plaintiff in this matter, to act on his behalf, and to

make all necessary decisions in the prosecution of this case. Doc. No. 17-1. These documents evidence that Bristow is the proper party to be substituted as plaintiff. *See Ecton v. Saul*, No. 6:20-03266-CV-RK, 2021 WL 4483065, at 2 (W.D. Mo. Sept. 29, 2021).

The motion for substitution (Doc. No. 17) is therefore GRANTED, and the Clerk is directed to substitute Tiffany Bristow as plaintiff in this case.

IT IS SO ORDERED this 2nd day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE