IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIFFANY BRISTOW**                                                                                          PLAINTIFF

v.                                     No: 4:21-cv-358-DPM

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                         DEFENDANT

ORDER

The Court adopts the Magistrate Judge's unopposed recommendation, *Doc.* 22, as modified. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).

Whatever agreement may have been made about the handling of this case by Teena Dejesus's two children after her death, because Dejesus was not married when she passed away, her two children are entitled to equal shares of whatever benefits might be awarded. 20 C.F.R. § 404.503(b)(1) & (2). Both of them are real parties in interest, and both are therefore the proper parties to be substituted in Dejesus's place. FED. R. CIV. P. 17(a)(1) & 25(a).

The Court adds Joseph Sanders as a plaintiff. The Court also directs the Clerk to change the caption in the docket sheet to "Tiffany Bristow and Joseph Sanders, *ex rel.* Teena Dejesus" and to delete "originally named as Teena Dejesus." Last week, the Court received drawings and other papers from Sanders. The Court directs the Clerk

to file all these things even though they don't bear on the merits of this case.

Substantial record evidence supports the ALJ's decision; and the Court sees no error of law. *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011). The Commissioner's decision is affirmed.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

21 September 2022