IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIFFANY BRISTOW and JOSEPH SANDERS,
*ex rel.* TEENA DEJESUS                                                    PLAINTIFFS

v.                              No: 4:21-cv-358-DPM

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                             DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2022